# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ENGQUIST-ROUZAN RESIDENTIAL
DEVELOPMENT, L.L.C. &
ENGQUIST-ROUZAN COMMERCIAL
DEVELOPMENT, L.L.C.

NO.   2024 CW 0537

VERSUS

ASSOCIATED CONCRETE
CONTRACTORS, INC. OF NEVADA

**AUGUST 23, 2024**

---

In Re:   Associated Concrete Contractors, Inc., F/K/A Associated Concrete Contractors, Inc. of Nevada, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 714880.

---

**BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT GRANTED WITH ORDER.** The trial court's May 10, 2024 judgment, which granted the Motion for Partial Summary Judgment on Lack of Proper Licensure filed by the plaintiffs, Engquist-Rouzan Residential Development, L.L.C. and Engquist-Rouzan Commercial Development, L.L.C., is vacated. The defendant, Associated Concrete Contractors, Inc. of Nevada, raised an objection to the evidence submitted by the plaintiffs. However, the trial court failed to rule on the admissibility of such evidence. La. Code Civ. P. art. 966(D)(2) provides that the court shall specifically state on the record or in writing which documents, if any, it held to be inadmissible or declined to consider. This matter is remanded to the trial court for compliance with La. Code Civ. P. art. 966(D)(2), and a ruling on Motion for Partial Summary Judgment on Lack of Proper Licensure filed by the plaintiffs, after determination of any evidentiary issues, pursuant to La. Code Civ. P. art. 966(C)(4).

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

_a. Srb_

---
DEPUTY CLERK OF COURT
FOR THE COURT